# Exhibit B

FILED
9/29/2017 4:20 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Isaias Ibarra

Case 5:17-cv-00988-FB-RBF   Document 1-2   Filed 10/04/17   Page 2 of 3

CAUSE NO. 2017CI15997

| | | |
|---|---|---|
| RAMIRO AND JO ANN VALDEZ | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| NATIONWIDE GENERAL | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | 408TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Nationwide General Insurance Company ("Defendant") files this Original Answer to Plaintiffs' Original Petition, respectfully showing the Court as follows:

## I.
## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of each and every material allegation contained in Plaintiffs' Original Petition and any subsequent supplements or amendments thereto, and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiffs take nothing from Defendant and that Defendant recover its costs, fees, and expenses, and for such other further relief to which it may be entitled.

*Signature on following page.*

Respectfully submitted,

/s/ Patrick M. Kemp
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT
NATIONWIDE GENERAL INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via efile this the 29th day of September, 2017 to:

Preston J. Dugas, III
Preston Dugas Law Firm, PLLC
Oil & Gas Building
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102
preston@pjdlawfirm.com

Marc K. Whyte
Whyte PLLC
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
mwhyte@whytepllc.com
jsaenz@whytepllc.com

/s/ Patrick M. Kemp
Patrick M. Kemp

2