IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAMIRO AND JO ANN VALDEZ, § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 5:17-cv-988-FB-RBF |
| § | |
| NATIONWIDE GENERAL § | |
| INSURANCE COMPANY, § | |
| *Defendant.* § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ramiro and Jo Ann Valdez ("Plaintiffs") and Defendant Nationwide General Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against Defendant related to an insurance claim for property damage.

2. Plaintiffs and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiffs move to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Preston J. Dugas, III (w/p PMK)* | */s/ Patrick M. Kemp* |
| Preston J. Dugas, III | Patrick M. Kemp |
| Texas Bar No. 24050189 | Texas Bar No. 24043751 |
| preston@pjdlawfirm.com | pkemp@smsm.com |
| Preston Dugas Law Firm, PLLC | Robert G. Wall |
| 309 W. 7th St., Suite 110 | Texas Bar No. 24072411 |
| Fort Worth, Texas 76102 | rwall@smsm.com |
| (817) 945-3061 | Karla Y. Huertas |
| (682) 219-0761 – Facsimile | Texas Bar No. 24087765 |
| | khuertas@smsm.com |
| Marc K. Whyte | Segal McCambridge Singer & Mahoney |
| Texas State Bar No. 24056526 | 100 Congress Avenue, Suite 800 |
| whyte@whytepllc.com | Austin, Texas 78701 |
| Whyte PLLC | (512) 476-7834 |
| 1045 Cheever Blvd., Suite 103 | (512) 476-7832 – Facsimile |
| San Antonio, Texas 78217 | |
| (210) 562-2888 | **ATTORNEYS FOR DEFENDANT** |
| (210) 562-2873 – Facsimile | |

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 16th day of November, 2018 to:

Preston J. Dugas, III
Preston Dugas Law Firm, PLLC
309 W. 7th St., Suite 110
Fort Worth, Texas 76102

Marc K. Whyte
Whyte PLLC
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217

*/s/ Patrick M. Kemp*
Patrick M. Kemp